STATE OF CONNECTICUT *v.* VASHUN LEWIS

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 643 (AC 20560), is denied.

*H. Owen Chace,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided September 27, 2002

DAVID J. DACRUZ *v.* STATE FARM FIRE AND CASUALTY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 507 (AC 20884), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff may recover against the defendant pursuant to General Statutes § 38a-321 as a matter of law?"

The Supreme Court docket number is SC 16847.

*James N. Tallberg* and *Barbara A. Frederick,* in support of the petition.

Decided September 27, 2002

WEBSTER BANK *v.* JOANNA V. ZAK ET AL.

The petition by the defendant MFR of East Hampton, LLC, for certification for appeal from the Appellate Court, 71 Conn. App. 550 (AC 20906), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.